## FLOYD & BEASLEY TRANSFER CO., INC. *v.* UNITED STATES ET AL.

No. 702. Decided January 23, 1967.

*John W. Cooper* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane* and *Fritz R. Kahn* for the United States et al.; *Guy H. Postell* for Akers Motor Lines, Inc., et al.; and *Harold Hernly, Robert E. Joyner* and *Ormond Somerville* for Alabama Highway Express, Inc., et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## SOUTHERN PACIFIC CO. *v.* CITY OF LOS ANGELES ET AL.

No. 797. Decided January 23, 1967.

*Randolph Karr* and *Alan L. Freedman* for appellant.

*Roger Arnebergh* and *Bourke Jones* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.